**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        KAI MUI YAU
                                                        :
                                                        :
                                                        :
                                                        :        Chapter 7
        Debtor                                   :        Case No. 17-16823 AMC

### NOTICE OF CHANGE FROM NO ASSET TO ASSET AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

**LYNN E. FELDMAN, ESQUIRE**, the Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar to file claims against the estate.

Dated: _November 14, 2017_        BY:    _/s/ Lynn E. Feldman_
                                                        LYNN E. FELDMAN, ESQUIRE
                                                        Chapter 7 Trustee
                                                        I.D.# 35996
                                                        FELDMAN LAW OFFICES, P.C.
                                                        221 N. Cedar Crest Boulevard
                                                        Allentown, PA 18104
                                                        Telephone: (610) 530-9285
                                                        Facsimile: (610) 437-7011
                                                        trustee.feldman@rcn.com