IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: KAI MUI YAU
    112 Margate Road
    Upper Darby, PA 19082
        Debtor

**Estate of Mario Sacchetti
and Charles Sacchetti,
Executor**
        **Plaintiffs**
  vs.

**KAI MUI YAU**
        **Defendant**

Chapter 7

Bankruptcy Case No.
17-16823-AMC

Adversary Proc. No.
18-00002-AMC

## ORDER

AND NOW, this __29th__ day of __August__, 2018 upon consideration of Chapter 7 Trustee's Motion for Order Compelling Compliance with Records Subpoena directed to the City of Philadelphia Tax Unit, it is hereby ORDERED and DECREED that the Tax Unit is ORDERED to comply with the records subpoena and produced the requested records within twenty (20) days of the date of this Order.

BY THE COURT:

_____
Ashely M. Chan    J.